**Exhibit A to the Complaint**

**Location:** Fort Lauderdale, FL

**Total Works Infringed:** 181

**IP Address:** 45.18.28.10

**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash:<br>749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash:<br>C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-03-2022<br>04:30:19 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 2 | Info Hash:<br>F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash:<br>201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-27-2021<br>06:10:26 | Blacked<br>Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 3 | Info Hash:<br>26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash:<br>E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 08-13-2021<br>22:27:20 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 4 | Info Hash:<br>53115092326FFAC693EC8DF35F7B913BFB316E73<br>File Hash:<br>8BE02C4F01263EA20AECD08608CD4E80226C3E940766E930747627F82FFE05D7 | 07-19-2021<br>00:57:29 | Blacked<br>Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 5 | Info Hash:<br>F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash:<br>22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 05-21-2021<br>02:59:06 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 6 | Info Hash:<br>F5E931AB78F7394210896FEC71ADFB7C43276832<br>File Hash:<br>8E2BEF7AF870C92A364F805705266C4615109944B38A0E6D420610D5979E2A9D | 05-21-2021<br>02:58:23 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 7 | Info Hash:<br>AFF0AC9A00C38E6A3B9D78DE51D0ACD3FEE31BAB<br>File Hash:<br>B5B0D350B587EF9E94BF0DEADF903947299E53C8BE2CACCABD93A5032F581470 | 05-16-2021<br>21:45:14 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 8 | Info Hash:<br>AA99615AE6C723CB3050DAC4D48D914E6D5CC02F<br>File Hash:<br>D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 04-23-2021<br>03:35:10 | Blacked<br>Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash:<br>E99423C73146CABA22B64FF972FDB3B66BC6D81C<br>File Hash:<br>8852896000A54989467CAFC490427488EC8C572DE303EF5E41E903903FADC3E6 | 04-08-2021<br>01:19:04 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 10 | Info Hash:<br>862D6740A51A9D510E6E46DCE50494D8ED4302EF<br>File Hash:<br>455DE44BB1CC40BF224675EA49FAB33F5D1193B6C351A4312C7ED0B4494A1A5B | 04-04-2021<br>17:21:12 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 11 | Info Hash:<br>75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash:<br>8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 03-29-2021<br>23:59:10 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 12 | Info Hash:<br>43319DCCB518B0A38AF2B73091DD74DE2D11F68C<br>File Hash:<br>96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 03-16-2021<br>02:47:46 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 13 | Info Hash:<br>A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash:<br>997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 03-02-2021<br>00:05:12 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 14 | Info Hash:<br>8ACEAF6E063E20FA8AD60011A276B2DBD6C48825<br>File Hash:<br>2E1AFE54A00CA51231905F46DB377AB5DC9912A59804A27F71D87D48877B6901 | 02-15-2021<br>23:29:18 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 15 | Info Hash:<br>6D1A75568F5FD969F309E9D3B4962D54EE537DBE<br>File Hash:<br>8819078D096F48944410216299128FB551BC6F20DB984F5D6559FD8D3553BAB9 | 02-06-2021<br>05:44:23 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 16 | Info Hash:<br>50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash:<br>A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 02-06-2021<br>05:42:34 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 17 | Info Hash:<br>2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash:<br>EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 02-06-2021<br>05:41:38 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>A098525E9AFF43231A7DF6BB8EBAE6B031BEA699<br>File Hash:<br>24B59DE82823571AA66BC642C6246BB56F743A403833A41BD4536D742034AA60 | 01-22-2021<br>05:22:16 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 19 | Info Hash:<br>16DC7720AAA4890ED02EF33E6C2795B16F7E308D<br>File Hash:<br>E04253A7BA48CA9611360A80939AAD79FE45F5C5AD059646116D30CE8D6A6154 | 01-07-2021<br>03:02:39 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 20 | Info Hash:<br>0C5D1910B8D8E8639A61702E02291E16CB7A5596<br>File Hash:<br>520A918186BBA676A432F81A738D99DB763F86BE62B6E75F569B500176D9649B | 01-03-2021<br>05:58:32 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 21 | Info Hash:<br>7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568<br>File Hash:<br>8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 12-28-2020<br>23:51:58 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 22 | Info Hash:<br>10AD926BA54EE0DA3D00E96EBE377053FAB0E6AE<br>File Hash:<br>46F41B092A095715186272E856EAF705E3805D7F0FCCFD42E93DBCA01822E2DB | 12-20-2020<br>21:37:42 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 23 | Info Hash:<br>81CEC78AE99A723C68332182E337F15D1D260069<br>File Hash:<br>6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672 | 12-16-2020<br>04:05:03 | Vixen | 09-01-2019 | 09-17-2019 | PA0002216134 |
| 24 | Info Hash:<br>0739ED4ED4585EA4AC5CD74CD4AE6287B6AE8D26<br>File Hash:<br>A24B8FE396EF28AA27CAE4B6D3731651560F805C475FA7798C5D492E85381998 | 12-08-2020<br>01:23:06 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 25 | Info Hash:<br>5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash:<br>247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 12-05-2020<br>05:04:46 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 26 | Info Hash:<br>D2096C0FD519A3A1A62D449C8DE6710A88AC4F6A<br>File Hash:<br>8C1684AAD5A48537BD5405E9C5E5341445AC8934C48F243415E1DE4FADF681DC | 12-05-2020<br>04:54:56 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash:<br>6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 11-23-2020<br>04:58:20 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 28 | Info Hash:<br>8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash:<br>43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 11-23-2020<br>04:57:25 | Vixen | 04-24-2018 | 06-19-2018 | PA0002126671 |
| 29 | Info Hash:<br>9A235A3B173EBC1924784B571FA2EE9C3E96B4CF<br>File Hash:<br>44FFB5B48EEC7B77914F5565089A5C9650E0698BE8DF1E4EE2D3E885B18B6764 | 11-22-2020<br>08:24:08 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 30 | Info Hash:<br>C3DCE42271F3BF918031078B7B54C41128B08F5E<br>File Hash:<br>9D72D01EE26B3C0EC95B114A9B108307FBD642580E7A63675C451D9AD7D4F719 | 11-15-2020<br>06:19:58 | Vixen | 11-13-2020 | 12-09-2020 | PA0002274953 |
| 31 | Info Hash:<br>5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash:<br>98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 10-31-2020<br>22:41:08 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 32 | Info Hash:<br>28F641DD86A31D9DE4BFD2443457D581BBB660A1<br>File Hash:<br>5A27FE917CEC0B20F5E51A87F23515ED22F45719715C331F7E5ADEE1E0E2E837 | 10-31-2020<br>22:23:10 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 33 | Info Hash:<br>D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash:<br>9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 10-31-2020<br>04:38:14 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 34 | Info Hash:<br>9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash:<br>FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 10-31-2020<br>04:36:06 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 35 | Info Hash:<br>A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash:<br>966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 10-31-2020<br>04:29:18 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C1484E85E6773D379C6C4ED1D402D30FF5EC2256 File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 10-20-2020 02:18:03 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 37 | Info Hash: 2D92EFCB77A0E052DEF2ABC833D26B66E5D59A5C File Hash: 3C7733919F0B1BCCBE8CB11A2B6DE04CD6FABFA9C1999D0D50CFC2454E377721 | 09-20-2020 04:17:24 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 38 | Info Hash: 9B1784E58EFCDDFB8626D3B44107F882F6C8EEE8 File Hash: 03F71829965E952DFD74182F8C63248DD6A5EFBE4E9DA65B9C171C1880F746E9 | 09-19-2020 03:56:20 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 39 | Info Hash: ADE1368B6E46C601134E08553491193B57B6B7C9 File Hash: 481F4BE981A0A5960E759061C38161B9E367F1F39B9E2963049E34E0F9209B62 | 09-12-2020 05:11:18 | Blacked Raw | 03-18-2018 | 04-17-2018 | PA0002116068 |
| 40 | Info Hash: DC3122EE59201FC4B67F54D25A7474645FF3D623 File Hash: 7E79E4B03A82DE27EEA3A25C25646442A47D72748E06232B0E5ABD36C75A7052 | 09-04-2020 02:38:44 | Vixen | 10-01-2018 | 11-01-2018 | PA0002143421 |
| 41 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-02-2020 23:12:39 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 42 | Info Hash: E95EDB9E89FA66693DF2D338AD2835F32848A29D File Hash: 2530C55C2AEB520D4BC962AB3DF48E3D54D083A34B4894CEA98D40FA036D022C | 08-29-2020 15:42:00 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 43 | Info Hash: 4AF37BD69FD448ED63653F3B46AA0FFD17EEA8A5 File Hash: 2CA836AB6F21B1E5794421A3052E8391D85D018CF2F9F5578F853D3662845F15 | 08-27-2020 23:57:37 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 44 | Info Hash: B3F2F92AABA110DEAED3DF4A2157600625689993 File Hash: 4A7C802343F947C5C185EFE1D0192CDC58CE8C8B5DE6581E9E9AE01AE6E600DA | 08-23-2020 21:00:03 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash:<br>1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash:<br>9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 08-22-2020<br>19:32:20 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 46 | Info Hash:<br>EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash:<br>CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 07-18-2020<br>03:59:26 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 47 | Info Hash:<br>CBFA96B97E59DB3C4744AFFA546FAA65CE059F9C<br>File Hash:<br>9D77F33EF0513D66CD0892B5132F639E3EF7CE64A22ED78FFAD59B029D29183F | 07-12-2020<br>06:54:02 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 48 | Info Hash:<br>6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash:<br>D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07-08-2020<br>03:52:03 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 49 | Info Hash:<br>60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash:<br>84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 07-03-2020<br>05:01:07 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 50 | Info Hash:<br>93AC77760BE262244F8C30B7A064ACFD0E95E6CE<br>File Hash:<br>FBAE5708BFF78E82C93645127539E317BF61BF277C83A6EFE162EE772C4C01B9 | 06-16-2020<br>03:29:49 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 51 | Info Hash:<br>30219F5EF1E4B77DB42BCC64543DF5B1AE98239E<br>File Hash:<br>754328AD4A4BC4F60A62464516F3E471E5A3E5CC77E924F967655D5A593B23D0 | 06-09-2020<br>02:35:39 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 52 | Info Hash:<br>E2BA38D564CE1B80BB4C1DDB0181EAB395E64F79<br>File Hash:<br>567594C66D3EB44E05CA9910A6BA3FCCA70189C1CBE7EB7E43C390AC2A12273B | 06-09-2020<br>02:33:24 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 53 | Info Hash:<br>F518524A3E8B5819DB451A88F725D979F728EC34<br>File Hash:<br>214831A9AE0BDE41D7CC70624EDBDC1409C5DCDC9C98B7E89CCFD1662F95A0E7 | 06-08-2020<br>03:33:27 | Vixen | 08-12-2018 | 09-01-2018 | PA0002119680 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash:<br>C7FDB4D8F863F6A8ED3A9B43299FD16C3911DC30<br>File Hash:<br>DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 06-08-2020<br>03:32:58 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 55 | Info Hash:<br>3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash:<br>35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 06-08-2020<br>03:30:42 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 56 | Info Hash:<br>B5E46E7274E2F1D6466D971153848365FF02CF0C<br>File Hash:<br>A772D36F9C7E9A3EA3DF436508E0C4AD7562B8579BCC98D2C64C8FC4F1A6CB54 | 05-02-2020<br>15:43:13 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 57 | Info Hash:<br>FD9F9AB92752B9716BB2119D064F264C797BB67D<br>File Hash:<br>6804B83ED233CE1FCC3660243C33F78D4C1B8DD8B0D454765E8E0D5ACF92A690 | 04-27-2020<br>23:10:32 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 58 | Info Hash:<br>658A037574D2B240AC4EBC859BED1EF255083CC4<br>File Hash:<br>F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 04-19-2020<br>06:55:45 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |
| 59 | Info Hash:<br>3980A4AF24D9D9C39149DE5FFD2049E2574E8F68<br>File Hash:<br>6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 04-18-2020<br>03:58:01 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 60 | Info Hash:<br>089A334E08FB9D7BF03350D63AD8D401B6C48EEC<br>File Hash:<br>3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 04-05-2020<br>19:43:49 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 61 | Info Hash:<br>63E8C3E37CCD9B8D64EFF3749A46CF55D174AF77<br>File Hash:<br>9B3E1A96CD2FAACEE8822AB11046E0A85F64BCD5DAB63B0FB6BD1E3EF8810C6F | 03-30-2020<br>21:17:42 | Tushy | 10-03-2019 | 10-21-2019 | PA0002207743 |
| 62 | Info Hash:<br>E1C14843DC58F3CB2CCB7383B242E4EE8D32363B<br>File Hash:<br>B2B52FF8692BFD0B5B86AD10AFC1C974F24A7E19CA3761D99B7A306ABAEC104F | 03-24-2020<br>04:17:21 | Tushy | 07-25-2017 | 08-11-2017 | PA0002046870 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 63 | Info Hash:<br>8151CF541971EF70109DA42D60358D50840274AE<br>File Hash:<br>591212526EE8DDBA01391F3A35415DC463395B83E09F8F616EBB2BB53C493B2A | 03-24-2020<br>04:01:20 | Tushy | 01-26-2018 | 02-20-2018 | PA0002104196 |
| 64 | Info Hash:<br>01FFE2069B4726F71FBECB4D7DB2047ED047459E<br>File Hash:<br>DE2431F8B774A7DC332E16466DBCF7B8F8B22B79FCE81BB615C78B82C619256D | 03-18-2020<br>00:07:56 | Tushy | 03-16-2020 | 04-15-2020 | PA0002244959 |
| 65 | Info Hash:<br>668C701EFF829AB7E7A02C4B7A599F2AB9151BA3<br>File Hash:<br>2ADDE0592CA8679B9CB9AD421A8E15DBE1463ACEFA921B96E1B5D3DEA0F1A809 | 03-15-2020<br>22:03:50 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 66 | Info Hash:<br>40F2DE1163500069A343FB5214CAC5F43CDF2C57<br>File Hash:<br>A1E83FB8FCFDDC0843A8E99258C7BD9AA92E58AEE49DE28EFDC87F121CC779C5 | 03-15-2020<br>21:58:07 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |
| 67 | Info Hash:<br>C5066B1D80EAA05D2B14F75F270793B4B5C9C7F7<br>File Hash:<br>F1F789A2C6376053A4B21563798EDDB6213746A5C8A3FEF712C6104986636863 | 03-07-2020<br>06:22:15 | Blacked | 03-05-2020 | 04-15-2020 | PA0002246102 |
| 68 | Info Hash:<br>10167517CF2347158A968EBE3C0C163486B6F98F<br>File Hash:<br>8C938DE0E399132808AFFB1951D021BF07F12535161D0872BD50CD05E3D98C86 | 03-01-2020<br>10:31:06 | Blacked | 02-29-2020 | 04-15-2020 | PA0002246058 |
| 69 | Info Hash:<br>88FA6F9DB5A1974C26CC59247894477EA91D4AA0<br>File Hash:<br>8270E9B6C79F9CDDAA8211B4F1F25163D9F56102881B1AC1A3D0D5FBCFBF113B | 02-29-2020<br>02:18:58 | Vixen | 02-28-2020 | 04-17-2020 | PA0002251744 |
| 70 | Info Hash:<br>3E0C1C5F1E26E8922045CD0C97E9A66630A50E8E<br>File Hash:<br>C0BF3B860D0EE1CC072E8FBD4E0215028099BD326A86A63815733649C5D9FB74 | 02-28-2020<br>01:00:44 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 71 | Info Hash:<br>BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash:<br>8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 02-25-2020<br>05:35:15 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 72 | Info Hash:<br>F4D483E12BD5BA475D285D05657DD66BFB061265<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02-20-2020<br>00:36:15 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 73 | Info Hash:<br>D2DDFFECCBBB08FD6FC8A70B89DB307276CC73A7<br>File Hash:<br>CCB1334ACDB8D410F38DDA3BCDC79A6FD7D18941840D14C855F2866FFD8F9B4A | 02-15-2020<br>23:28:24 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |
| 74 | Info Hash:<br>30DC22BC455A78E942932BA6A8F7F46B52A3599A<br>File Hash:<br>47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02-15-2020<br>06:07:45 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 75 | Info Hash:<br>31959DBFA8875FB8FF4EFC094D1C92D4DC625E7C<br>File Hash:<br>8E1FC62DCDBBC878972A90DEC72B1FBA5206AF2E9DFEB6659AB6ED88FBC76BDD | 02-14-2020<br>03:28:37 | Blacked<br>Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 76 | Info Hash:<br>D4130E59A4F7FAA536754AB19E46653D45AA46FF<br>File Hash:<br>CBB560E940E2451C8A2A665F1ABFB9091234B6B474242BE14C8888C1CDE9F342 | 02-08-2020<br>08:23:48 | Blacked | 02-13-2019 | 03-11-2019 | PA0002158597 |
| 77 | Info Hash:<br>BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4<br>File Hash:<br>919DA12AA4735E13F322A5B132BEC0D5B86ACB0BCD58ACEF7FAB4799C46583F5 | 02-08-2020<br>08:20:13 | Blacked<br>Raw | 07-11-2018 | 08-07-2018 | PA0002131894 |
| 78 | Info Hash:<br>1D4F8BC60FF91E4A8991397E26BFAA8545914E58<br>File Hash:<br>828B25E117FB123B4C52940B353A777E9255293B290E607074FBF66531FA742C | 02-08-2020<br>08:15:08 | Vixen | 11-15-2018 | 12-10-2018 | PA0002145829 |
| 79 | Info Hash:<br>9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash:<br>BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 02-08-2020<br>08:15:07 | Blacked<br>Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 80 | Info Hash:<br>259A2C3790345E1C8DE8609B1D36987D0AA87E7C<br>File Hash:<br>F8706D2AC4AD84950FE809E3931FA53CB4295A3A8C21442E8B83FBBC680A592C | 02-08-2020<br>08:12:58 | Blacked | 10-12-2018 | 10-28-2018 | PA0002130455 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 81 | Info Hash:<br>58BE365ACD207A61818FCE25E96EE42CC9F37C70<br>File Hash:<br>E87F9309A3DC312D012D2EDBD6AB3DAF5EADA0094DAA5FF3F994B82E778CFFD1 | 02-06-2020<br>23:55:03 | Blacked<br>Raw | 02-06-2020 | 02-20-2020 | PA0002229053 |
| 82 | Info Hash:<br>98A7396F4B2B73301521703E68688BD98063104D<br>File Hash:<br>EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02-05-2020<br>06:01:51 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 83 | Info Hash:<br>F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43<br>File Hash:<br>CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 02-04-2020<br>05:34:46 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 84 | Info Hash:<br>C36B70D35B13EC6143CD098E5424C872C0B7D9CC<br>File Hash:<br>82651A793EDFCEF027EAA97231B6B487B2A6A7722A8959851C1A6668157DB9AD | 01-31-2020<br>06:43:06 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 85 | Info Hash:<br>CF38BFE1D0E03012B60F475D878E3C658F3F9277<br>File Hash:<br>3932406A76C2B707C5D03A0FBBAA0DDD64B528BC9FB84984D1199D3D315CFD85 | 01-30-2020<br>07:23:04 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 86 | Info Hash:<br>CFAAC9C17581B3E7E4450341614524AE2FE06F64<br>File Hash:<br>881B0BBBE91B6CE7C3868F008B3DEBAF1457A2EF08F853226BC34984B338C2B5 | 01-28-2020<br>05:39:17 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 87 | Info Hash:<br>928632A518134F94A03DBD693947723C09EE9276<br>File Hash:<br>DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01-28-2020<br>05:30:27 | Blacked<br>Raw | 01-27-2020 | 03-15-2020 | PA0002240550 |
| 88 | Info Hash:<br>AFA50296ECAC1832A852B339BC6BF529E4DA693A<br>File Hash:<br>33B7ECDD0429547DA62F5138047273C6E8CB3D79BD4A902EF4B06867E9F6CDB4 | 01-20-2020<br>07:51:24 | Vixen | 01-19-2020 | 02-20-2020 | PA0002237691 |
| 89 | Info Hash:<br>89E4962182F021383F3EE12A88287A73A03475C7<br>File Hash:<br>7940DA198411A86477B2A4E325B696FF53294BC0873C1137EAF23844FAFC1BF2 | 01-16-2020<br>00:47:32 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 90 | Info Hash:<br>8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01-11-2020<br>07:24:21 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 91 | Info Hash:<br>C747D07002A77F3F2B59F26E9742C3EF56CB897D<br>File Hash:<br>5597DF4BF6ED45CB513885F685212ED145ADC3D3B5DB615C8954E6DD29DCE190 | 01-06-2020<br>08:17:09 | Blacked | 01-05-2020 | 02-03-2020 | PA0002225565 |
| 92 | Info Hash:<br>65A0D2D0B9BD9351FC9D7BE5BFA53F9FD4B3D1B4<br>File Hash:<br>7D6F2477756F504E1ED8DBC7F6A43EC54347DD51854283EC7BC94F8149A6EDCE | 01-05-2020<br>18:18:13 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 93 | Info Hash:<br>63D8D9B3820167570E8ABB7E82A37DA24954AB7D<br>File Hash:<br>D943C0B89D441D28D1E72D25829F743130C67F0A9BC6E273ADBA6EA6560A9116 | 01-04-2020<br>08:22:11 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 94 | Info Hash:<br>1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash:<br>8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 01-01-2020<br>21:59:45 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 95 | Info Hash:<br>89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78<br>File Hash:<br>8B9344D2CF0B407F44FBCED3BE40E1321D9950A5D2CE477EF7246A98FABBF8F8 | 12-27-2019<br>21:53:43 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |
| 96 | Info Hash:<br>7933E524A0B34BD929026F7442AB7ADBE9F82B76<br>File Hash:<br>3E128A945407F889D13D2D5D8B4CC3D4431E79751A881FA7C1BE8C26FF4AC53E | 12-27-2019<br>21:49:45 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |
| 97 | Info Hash:<br>3C14287BE2D3E5D157ECD1E229531CC19C5C8E74<br>File Hash:<br>03C7B1F0EADE1D38CDDE1D3E47C9361D471518DAC16B84568C6440BB03933B68 | 12-22-2019<br>01:06:04 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 98 | Info Hash:<br>7862CA396687AC16BDDC6A4CC29ADDF64A629F7E<br>File Hash:<br>34E002CBA3EFB028D3453F4651A8E8DF57BFAECF43D6824A6F0BDFDA802DB166 | 12-22-2019<br>01:03:15 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash:<br>AC7FA021B38E24D1B89250B1B963879739C88A06<br>File Hash:<br>A0E2F22B61C2FE0C8FBF8EFF45988C31E2A5B695A6BDD4C07B061711F5009550 | 12-15-2019<br>23:16:12 | Blacked Raw | 02-01-2019 | 03-24-2019 | PA0002183205 |
| 100 | Info Hash:<br>A1D049D475923190FF3A7134A0D2B9F10D62914B<br>File Hash:<br>5CC7B2A2F9FDF77BAA9590EA331B4ACA835003E9200CE9B46F9375AB1B4632E8 | 12-15-2019<br>23:06:08 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 101 | Info Hash:<br>E91E878AE63CBB18317E58411FA9B607452100D5<br>File Hash:<br>0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 12-13-2019<br>18:44:10 | Vixen | 09-06-2019 | 09-13-2019 | PA0002200698 |
| 102 | Info Hash:<br>3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash:<br>9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 12-12-2019<br>19:53:34 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 103 | Info Hash:<br>E65C8A7AD4B9405CB2994396CF1146FE84014368<br>File Hash:<br>35C3C8A4D5131463919CC7CC04F2327481AC5436DF6CE91E4E91B0F84B24CEAE | 12-11-2019<br>19:45:40 | Vixen | 12-10-2019 | 01-03-2020 | PA0002233429 |
| 104 | Info Hash:<br>654FDEBA4D88249E1F34D0661AB9A548091828CC<br>File Hash:<br>8F91DA39430C2711DC1B6E92FB5E47B090DE8E67D9F33620B35E3F3ECA8DA5B4 | 12-09-2019<br>05:32:48 | Tushy | 08-09-2018 | 09-05-2018 | PA0002135685 |
| 105 | Info Hash:<br>AE85D2190589CE8883FED23909B796D22C58205F<br>File Hash:<br>93EE38CF768E0E62E4546E703E275C40ED5328DFE66F42DCE47FF938F9DC34C5 | 12-06-2019<br>21:28:47 | Blacked Raw | 12-03-2019 | 01-03-2020 | PA0002233431 |
| 106 | Info Hash:<br>5521F3BB1635DAA5CDC136162AAD0DBB2380C9D6<br>File Hash:<br>4D38C67BD5BA68DD00DB6CD2F2F7BF1E2D0B2D5C9F0A88124C2EFEA60E7A469E | 12-06-2019<br>21:11:43 | Vixen | 12-05-2019 | 12-17-2019 | PA0002217671 |
| 107 | Info Hash:<br>D2AD73FD04C3CEACFC3B366849546A13094CBF34<br>File Hash:<br>8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 12-02-2019<br>04:50:00 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 108 | Info Hash:<br>FB74770301183194E022950AB806F22711E1D882<br>File Hash:<br>F46BFB163A513B7F3E12142FBD8465F06FA30094AA36D8A3EA740283856110EB | 11-27-2019<br>22:26:45 | Blacked Raw | 05-02-2019 | 05-28-2019 | PA0002200769 |
| 109 | Info Hash:<br>6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77<br>File Hash:<br>DF01FAC71E200AADC39775BB000F3DF98A43F715767F321ED62A96342238B9BE | 11-27-2019<br>22:23:57 | Blacked | 05-20-2018 | 07-14-2018 | PA0002128469 |
| 110 | Info Hash:<br>80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash:<br>85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 11-27-2019<br>22:23:36 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 111 | Info Hash:<br>B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash:<br>72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 11-27-2019<br>22:23:21 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 112 | Info Hash:<br>24F17708EFCAC58DF9FDADED47654864C1F4DB52<br>File Hash:<br>FBAADD72C5F7E2E8081B8CA6D56DBE05C302462E0D2E8D0F0B82E2DFB637F579 | 11-27-2019<br>22:20:10 | Vixen | 05-29-2018 | 07-14-2018 | PA0002128390 |
| 113 | Info Hash:<br>7C5A1890D995D3FF8D81B616C56BEE328DC0ACAA<br>File Hash:<br>80C5CA084162635E28D69A0A50697ED5B2710304993699E05BE3BA77CA79DE63 | 11-26-2019<br>00:27:06 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 114 | Info Hash:<br>85CBC3B330014D02FB58B03A412DF1BDE927CE2D<br>File Hash:<br>F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 11-26-2019<br>00:25:41 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 115 | Info Hash:<br>E57E9AB5496EDF20EEF76E8B03D7026B9537DB24<br>File Hash:<br>BC5DB9156091AFCECD8D13967AF0DC361CF3B44FCEB09BD0EDC6AFAB11CEA118 | 11-23-2019<br>07:03:35 | Blacked Raw | 11-22-2019 | 12-17-2019 | PA0002217672 |
| 116 | Info Hash:<br>9B991CA42B87DC86B19EF95998D1282C1E188E00<br>File Hash:<br>CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 11-23-2019<br>07:03:05 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 117 | Info Hash:<br>7187921EA9FCD6A45613346F742B048B53088923<br>File Hash:<br>A38570FA0B1ECFD592AFC77B4EF2BFBAE9B2D87E31DB74B2604DDFEC650BE5EF | 11-20-2019<br>20:32:06 | Tushy | 09-18-2018 | 10-16-2018 | PA0002127779 |
| 118 | Info Hash:<br>223D4DB0ECFA99B84C7510AF336D48C5494E3DF7<br>File Hash:<br>52EDB908CC74DE921A210770E7B1CE52354936A1DB6F171466EC74F6AA49B8C5 | 11-20-2019<br>20:25:22 | Blacked | 08-08-2018 | 09-01-2018 | PA0002119598 |
| 119 | Info Hash:<br>C2295AE8704ED037E9E49C2B4B5FBA45316C02A8<br>File Hash:<br>9502A6D713E597EA87671BC97A6B83FA8C08CE59EEDE4B4EAC0871660F6D17D5 | 11-20-2019<br>20:25:01 | Blacked Raw | 09-29-2018 | 11-01-2018 | PA0002143425 |
| 120 | Info Hash:<br>1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash:<br>3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 11-20-2019<br>20:20:21 | Tushy | 09-03-2019 | 09-13-2019 | PA0002200699 |
| 121 | Info Hash:<br>97B96F1A5A80ECFA0882E7235A39A11A96A7C4D4<br>File Hash:<br>2DB41B813ADC8211D13CF765206D1EA848F8937B706D92C429FD5B6128F96569 | 11-19-2019<br>06:42:05 | Blacked Raw | 11-18-2019 | 12-09-2019 | PA0002216261 |
| 122 | Info Hash:<br>D80229A46F5B9A14A2C1CA5AA18CC184EB161AB5<br>File Hash:<br>3E401CCAA394CBCC50CF3733A968E37F494456B2B1CF76B12A54FD32CB1B07A3 | 11-17-2019<br>06:24:02 | Blacked | 11-16-2019 | 12-03-2019 | PA0002232049 |
| 123 | Info Hash:<br>00D4C51A29C9BECB409301B771D686F17B05B89B<br>File Hash:<br>2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 11-14-2019<br>20:16:02 | Blacked Raw | 11-13-2019 | 11-27-2019 | PA0002213997 |
| 124 | Info Hash:<br>5ACEC22A87759CB3F31A051E937EFB7F3869D2E1<br>File Hash:<br>1FFDE16544890F5DE30F2B18B66E6A3F96AD563701D2A87FCBC479049CC11654 | 11-12-2019<br>06:37:23 | Blacked | 11-11-2019 | 11-27-2019 | PA0002213994 |
| 125 | Info Hash:<br>FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash:<br>4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 11-09-2019<br>19:38:38 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 126 | Info Hash: E496CFD95E6D892EAD139B6B46DD3B23BC03EB02 File Hash: 46F4694032B521689B329C11F24A23E19823C1EDFE712BD7CB31E202FF2F9F3E | 11-09-2019 18:22:19 | Blacked Raw | 11-08-2019 | 12-03-2019 | PA0002232045 |
| 127 | Info Hash: 44C0E963C521EACC951B6321E18F5F8AAF1760F0 File Hash: 756358947414347B4B5014BF7862A09A458C8FD89F9C29734EAA6D60CEAE398C | 10-28-2019 04:34:44 | Blacked | 10-27-2019 | 11-15-2019 | PA0002211841 |
| 128 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82 File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 10-23-2019 21:46:44 | Vixen | 10-21-2019 | 11-05-2019 | PA0002227093 |
| 129 | Info Hash: 0D4C40A4AD76213A29D7D81833A88069F96C880B File Hash: 36E7FBF4E360DC0AB31CFC8A5E15295CD4DCE06E97194AABC02C59A835AE8850 | 10-18-2019 04:24:18 | Blacked | 10-17-2019 | 11-05-2019 | PA0002210291 |
| 130 | Info Hash: 9F23AA31CB6FB2FB11C037F7904AD66709AEE5A1 File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 10-15-2019 10:52:32 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 131 | Info Hash: 06A699F04233A269B959CFBD8EF524A5BAE9D731 File Hash: B723692E9D6892949F879FCEA92B1FE19361ABB754D298EC37F2A99AE416B9BE | 10-09-2019 04:16:49 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 132 | Info Hash: 4718E90F8EC8017A313F0E16F7B744B158AAC604 File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 09-21-2019 03:40:51 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |
| 133 | Info Hash: 7E3A369E1C78EE170A75663BCC9126D2902D8A81 File Hash: 63290BDBEDF5C7343F37C7CBD0113D0B95EA091BB67EB25B09DD403B22FF91EE | 09-18-2019 06:15:16 | Blacked | 09-17-2019 | 09-25-2019 | PA0002203161 |
| 134 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 09-12-2019 04:39:42 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 135 | Info Hash:<br>21B9DD1DA D65C9340920B31128D91CA3F85913384<br>File Hash:<br>607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | 08-31-2019<br>03:46:57 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 136 | Info Hash:<br>861C4477A301833A3B3FB0CB5C5932DA86749D9F<br>File Hash:<br>1E868123E3F257E91CA894975E6DCFAB117FB0F203E456E5E2A193DC06A94535 | 08-23-2019<br>23:22:40 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 137 | Info Hash:<br>CB0D3A2DD39D12D6D1D0E2C443ED888B62498111<br>File Hash:<br>7B707376CC5B122A7C27CDA6D9D25EA806B8A3386816712746E86CC013B76C2A | 08-23-2019<br>23:14:59 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 138 | Info Hash:<br>9606A2BEBD2ED49AF47787169BF9B73A4A1C9CDC<br>File Hash:<br>351673D7BB0532484059A5C5E6C65500889E456A63424B325E0A00A47AAA81C3 | 08-21-2019<br>23:34:22 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 139 | Info Hash:<br>AF2372F96C74B641C308A2D6DB6FE9944214A159<br>File Hash:<br>C0F3009230282C4ACFB3747A0E13450AEDB9CE4BD0B32391D0EE60FEB23D5E73 | 08-19-2019<br>02:55:17 | Vixen | 08-17-2019 | 09-10-2019 | PA0002199413 |
| 140 | Info Hash:<br>E64E22B3A95E01BB8340966C9CC85216430E26CC<br>File Hash:<br>DD8A8D71ACFFA1BA653AC7D4D732594CF015BCBC0D0215827EFF5494950BED19 | 08-19-2019<br>02:46:15 | Blacked | 08-18-2019 | 09-17-2019 | PA0002216216 |
| 141 | Info Hash:<br>0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash:<br>9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 08-18-2019<br>06:10:10 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 142 | Info Hash:<br>5E81E3E5E68BCAB9729C9BDA698C56A954695377<br>File Hash:<br>249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 08-18-2019<br>05:57:54 | Blacked Raw | 08-15-2019 | 09-17-2019 | PA0002216211 |
| 143 | Info Hash:<br>ED2D8B8FC73E5599B734649A95E35A6E7BC1768E<br>File Hash:<br>81025B6CA1036C3CDECC5B8F12BD52D9D5EE761693724E29890943CE4E12382B | 08-11-2019<br>03:52:23 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 144 | Info Hash:<br>74AEEF550371F9D107ADF0042CC362918DDF1D7C<br>File Hash:<br>05C6927CDB7B010D6344FC7DD0F944E9478B52E08BAB5C162A9843CCDBB7A6D6 | 08-04-2019<br>19:07:20 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 145 | Info Hash:<br>1DFB1753EC9989A9988C50B4927FD1F8F07021D6<br>File Hash:<br>FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 08-04-2019<br>06:06:27 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 146 | Info Hash:<br>171A4A6D434ACC7F251BA58366B7F741C4706C59<br>File Hash:<br>B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 07-31-2019<br>22:26:23 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 147 | Info Hash:<br>46A425CD32D8D1F2F4F12C3749A349ED19B3BF6F<br>File Hash:<br>A4E5E58EF2F72F50CE7D049307D28483D832FC0807EE8F2DB46CB5EEEFC71CC0 | 07-30-2019<br>01:09:35 | Vixen | 06-23-2019 | 08-27-2019 | PA0002213299 |
| 148 | Info Hash:<br>B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash:<br>8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 07-26-2019<br>03:33:06 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 149 | Info Hash:<br>520B8FD2205BD05866304E15FF59E272165F07A1<br>File Hash:<br>52DF64DCF2BE2409B2C2E574B2C2C5FFD31B98A0B8A9E2FBD1F768A641D64D77 | 07-23-2019<br>03:15:09 | Blacked Raw | 07-21-2019 | 08-27-2019 | PA0002213243 |
| 150 | Info Hash:<br>C1957FCFBE31019DF2047C1FDF3C4DE2C5A41C8D<br>File Hash:<br>CCE5D72606498343DCA8F50DCA2E278FFB75C23FDFAA645F013AE5D0F2B253A9 | 07-22-2019<br>03:12:27 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 151 | Info Hash:<br>9A6C1BC10CC4EAF009B2196EAEAAF5443ED38C21<br>File Hash:<br>906C16FF2B3942BCA7D2BFA4B1EB8E142AD916913F744218BE9BB7B154FF0643 | 07-15-2019<br>20:03:28 | Blacked | 07-14-2019 | 08-02-2019 | PA0002192303 |
| 152 | Info Hash:<br>525974DE27E21D9D5DE30A79D31EAF04543C0E93<br>File Hash:<br>2B5903DE34F121905C56E7D0465FDD8249D61FE160D063D59B3046C23F738F9A | 07-14-2019<br>18:27:18 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 153 | Info Hash:<br>4D29EE018A8F7EFEB2F05420E4FF71A8A314762A<br>File Hash:<br>CB6851AF715BFEA42DD5AA76C2259C7F6FA49A82CB907C16679B935539EF88AC | 07-14-2019 00:19:33 | Blacked | 08-13-2018 | 09-05-2018 | PA0002134995 |
| 154 | Info Hash:<br>B67C82932EBDBD98F7BAE04E0D159CD3BB4241C1<br>File Hash:<br>37960984BE2C789293DB422AC4FEFC69EB7CCAC1357CF00794A88F7B208E6BD2 | 07-14-2019 00:18:25 | Blacked | 03-16-2019 | 04-17-2019 | PA0002186980 |
| 155 | Info Hash:<br>8A8DC283B45B7E04709E90CD0A1DF8F1592C1612<br>File Hash:<br>EC0188942436E345833E4B637642A83B850471132EE8338BD89D3926B8E17343 | 07-11-2019 03:11:50 | Blacked | 07-09-2019 | 09-10-2019 | PA0002199416 |
| 156 | Info Hash:<br>BBBB491861320973D32925E36DF7B437100D9861<br>File Hash:<br>0FFCE13191120060DC13FA5B30568447FBC5884690A60428EB2C2ADA9F289D9F | 07-09-2019 02:10:48 | Blacked Raw | 07-01-2019 | 07-17-2019 | PA0002188302 |
| 157 | Info Hash:<br>C4341AB2306D83510740DDA9FA289306F8874A79<br>File Hash:<br>E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 07-09-2019 01:59:01 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 158 | Info Hash:<br>90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194<br>File Hash:<br>6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 07-07-2019 15:04:27 | Blacked Raw | 07-06-2019 | 08-02-2019 | PA0002192304 |
| 159 | Info Hash:<br>0A23EC76CDD439244FD60C43B666EDE2108DAC9C<br>File Hash:<br>F9742A3D14C368B08A4A22FF89A1EAC810CEB818415E911B9D7F2F25D7C9CF1A | 07-02-2019 19:57:17 | Vixen | 07-13-2018 | 08-07-2018 | PA0002131906 |
| 160 | Info Hash:<br>CC4D89C30BD65D68546BCF62ACE381585BD879EF<br>File Hash:<br>0B3CBA76BF3CFAB6D9318F5150DD1FCBE4282027F995B7360C3FCD1D48AF4AAB | 06-30-2019 17:33:21 | Blacked | 04-25-2017 | 06-15-2017 | PA0002037576 |
| 161 | Info Hash:<br>B70A52A3C3BDF27D9166CD03C29BF74E740C6BCA<br>File Hash:<br>6E4AF44B55494F5E05B6D71BE946A7845B5165A7E8FF3CF96DC9659848E216E1 | 06-26-2019 02:51:48 | Blacked | 06-19-2019 | 08-27-2019 | PA0002213298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 162 | Info Hash:<br>F08F9233CE0D8367276755228F6CF6E6186ACA06<br>File Hash:<br>170D2A9BF91B8C336A175E16E2EAD4683185ED7E937ECBED66217A8022C612FD | 05-24-2019<br>23:53:04 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 163 | Info Hash:<br>DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash:<br>B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 05-23-2019<br>23:31:06 | Blacked Raw | 05-22-2019 | 07-17-2019 | PA0002188299 |
| 164 | Info Hash:<br>AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash:<br>3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 05-18-2019<br>01:03:38 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 165 | Info Hash:<br>CA51A65092A2F36DA4F8263878BBE47920F00E66<br>File Hash:<br>AB64855252C08FB1B64C364803DAD18689BC497855EE4FDA87EDB8071EF3141F | 05-18-2019<br>00:53:46 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 166 | Info Hash:<br>7E12AAAF9FCB513418DDE90DD302DC0042A5815D<br>File Hash:<br>50104D26212DF35F751B77BDC952D02456011F926C730A4765338B6ED1951652 | 04-28-2019<br>14:24:31 | Blacked Raw | 04-27-2019 | 07-05-2019 | PA0002206379 |
| 167 | Info Hash:<br>97862380FA2F843FB999F4EE0CBEFE6C2D5E0683<br>File Hash:<br>1FF9A29DD8C8DBEA3E2700710FCAF7F55470B00446159116D539EBDC1AE19BD2 | 04-26-2019<br>22:55:16 | Blacked | 04-25-2019 | 05-28-2019 | PA0002200766 |
| 168 | Info Hash:<br>6139AEF3696F83F031C0ED30F17BE4D3EA235E43<br>File Hash:<br>2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 04-26-2019<br>01:27:37 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 169 | Info Hash:<br>F233046B237639FCA958C6DBEC40057C28890E5D<br>File Hash:<br>2FDF4CFE08F16A2317961394496FF936E9AA1B6975AD0E0DDE739169E1D86CEA | 04-16-2019<br>18:31:51 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 170 | Info Hash:<br>C5467D80EAB20195A4D5C5C171EF1C0C02343317<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 04-09-2019<br>22:41:21 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 171 | Info Hash:<br>8ADBF7897E5FEFB8C146033DA7D89CF3F0BBA569<br>File Hash:<br>FBB429D162F8CAEFBBD6E5C5AAE45CEC1BB3899E05F7C3C90AAEE54608CFA878 | 04-07-2019<br>15:33:51 | Tushy | 04-06-2019 | 04-29-2019 | PA0002169945 |
| 172 | Info Hash:<br>037CFE6EE5FD26826D71BC14B9C4C17F1D75B681<br>File Hash:<br>336C39AA81CECA1E786A6C6A838549526A34BF8FCC7AA0D634CEE7A718B6DA26 | 04-05-2019<br>01:31:52 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 173 | Info Hash:<br>60A3091D0C256FC35025232D5F8DCBFA7D1BE7C9<br>File Hash:<br>DF2362D5ACF3E0E5C7910A44DEE2DD7B578CA09C85019E7CC8C185889814F5C1 | 04-03-2019<br>20:54:10 | Blacked Raw | 04-02-2019 | 05-28-2019 | PA0002200780 |
| 174 | Info Hash:<br>AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash:<br>A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 03-28-2019<br>02:11:33 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 175 | Info Hash:<br>DE04B1E6C69B02158AB22B400D1041F1D07CFAAD<br>File Hash:<br>B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 03-24-2019<br>00:38:04 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 176 | Info Hash:<br>53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash:<br>3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 03-15-2019<br>23:59:17 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 177 | Info Hash:<br>55F7B9F327085052152776822610 28FEDB590A60<br>File Hash:<br>06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 03-15-2019<br>23:54:24 | Blacked | 05-15-2018 | 06-19-2018 | PA0002126654 |
| 178 | Info Hash:<br>F5715B15F5F5F25A400E6297E376883557866B0A<br>File Hash:<br>A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 03-15-2019<br>23:24:18 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 179 | Info Hash:<br>0591C911FB9737B3AD6AED0F17DD000294A034A7<br>File Hash:<br>4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 03-12-2019<br>17:11:25 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 180 | Info Hash:<br>65F85A23FD47D37DA85E22CEB0B8A5DB57FAE27F<br>File Hash:<br>B2C88E63C4476BE59C90FDAF54412C6877330EF27925B9AC89628FF76997D17F | 03-10-2019<br>06:51:54 | Blacked Raw | 03-08-2019 | 04-29-2019 | PA0002169934 |
| 181 | Info Hash:<br>9536019879F17F3B90AD722E8B0FAEC984EEEF5A<br>File Hash:<br>1B470AFFB7BF459EE95FEC985D8EF40364FA790362F7C259BA48CC55F111B858 | 03-05-2019<br>02:48:24 | Blacked Raw | 03-03-2019 | 04-17-2019 | PA0002186905 |